**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Deborah R. Norah,

vs.  Case No. 2:17-cv-652

Commissioner of Social Security,  **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 9, 2018 Order, the Court REMANDS this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

Date: **March 9, 2018**          **Richard W. Nagel, Clerk**


          s/ Jennifer Kacsor
          By Jennifer Kacsor/Courtroom Deputy